LEE *v.* HICKS *et al.*

IN this case, F. Forman, for the defendants in error, moved for permission to take the *supersedeas* bond from the files of this Court, in order to enable him to institute an action upon it, for a breach of its conditions. The motion was allowed, upon a copy's being made of the original, and left on the files of the Court.